IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Shameka

Printed: 8/19/08

Case Number: 05 B 62256
Judge: Hollis, Pamela S
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 31, 2008
Confirmed: February 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 64,904.01 |  |
| Secured: |  | 5,062.11 |
| Unsecured: |  | 827.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,080.20 |
| Trustee Fee: |  | 514.67 |
| Other Funds: |  | 55,419.96 |
| Totals: | 64,904.01 | 64,904.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,080.20 | 3,080.20 |
| 2. | HomEq Servicing Corp | Secured | 11,000.00 | 686.58 |
| 3. | Ron's Auto Sales | Secured | 4,375.53 | 4,375.53 |
| 4. | Arrow Financial Services | Unsecured | 32.71 | 327.07 |
| 5. | MCSI | Unsecured | 25.00 | 250.00 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 250.00 |
| 7. | American General Finance | Secured |  | No Claim Filed |
| 8. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
| 11. | Superior Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,538.44 | $ 8,969.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 130.46 |
| 5% | 30.56 |
| 4.8% | 92.43 |
| 5.4% | 177.65 |
| 6.5% | 83.57 |
|  | _____ |
|  | $ 514.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Shameka | Case Number:  05 B 62256 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/19/08 | Filed:  10/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

